FILED by ___ D.C.
ELECTRONIC

**OCT 23, 2007**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**07-20833-CR-GOLD/BANDSTRA**

CASE NO._____

8 U.S.C. § 1326(a) and (b)(2)

UNITED STATES OF AMERICA

vs.

JOSE FELIPE SASSO-CABALLERO
   a/k/a "Jose Felipe Sacio-Caballero,"

   Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

On or about September 29, 2007, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JOSE FELIPE SASSO-CABALLERO**
**a/k/a "Jose Felipe Sacio-Caballero,"**

an alien, having previously been deported from the United States on or about November 6, 1984, attempted to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), 202 (4) and 557) having expressly consented to such alien's reapplying for

admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DIANE PATRICK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JOSE FELIPE SASSO-CABALLERO a/k/a "Jose Felipe Sacio-Caballero," | |
| Defendant._____/ | Superseding Case Information: |

**Court Division:** (Select One)

New Defendant(s)        Yes _____ No _____
Number of New Defendants _____
Total number of counts  _____

_x_ Miami  ___ Key West
___ FTL    ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _Yes_
   List language and/or dialect  _Spanish_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _x_      Petty    _____
   II   6 to 10 days     ___      Minor    _____
   III  11 to 20 days    ___      Misdem.  _____
   IV   21 to 60 days    ___      Felony   _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _Yes_
   If yes:
   Magistrate Case No.  _07-3228-Turnoff_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _10/01/07_
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _____ Yes  _x_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  _____ Yes  _x_ No
   If yes, was it pending in the Central Region?  _____ Yes  _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  _x_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  _____ Yes  _x_ No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  _x_ No

_____
DIANE PATRICK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0770744

*Penalty Sheet(s) attached

3 of 4                                                                 REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOSE FELIPE SASSO-CABALLERO a/k/a "Jose Felipe Sacio-Caballero

Case No: _____

Count #:1

Re-entry After Deportation

Title 8, United States Code, Section 1326(a) and (b)(2)

*Max. Penalty: 20 Years' Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution,